**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| BETTER MOUSE COMPANY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DELL, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 2:14-cv-1123<br>**(Consolidated Lead Case)** |
| BETTER MOUSE COMPANY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LOGITECH INC.,<br><br>    Defendants. | CIVIL ACTION NO. 2:14-cv-1157<br> **(Member Case)** |

## ORDER GRANTING JOINT MOTION TO DISMISS LOGITECH AND LOGITECH-RELATED CLAIMS

The Court, having considered the Joint Motion to Dismiss Logitech and Logitech-Related Claims filed by Plaintiff Better Mouse Company, LLC and Defendant Logitech Inc. ("Logitech"), finds that it should be, and is, hereby GRANTED.

Therefore, it is ORDERED, ADJUDGED AND DECREED that all claims brought by BMC against Logitech in this consolidated case are hereby DISMISSED WITH PREJUDICE, and that all claims brought by BMC against Defendant Dell Inc. are hereby DISMISSED WITH PREJUDICE to the extent that BMC's infringement allegations are premised on products designed, manufactured, and/or provided by Logitech.  It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred

them.  The Court retains jurisdiction over this matter for the limited purpose of enforcing the settlement agreement.

 **SIGNED this 15th day of July, 2015.**

              _____
              ROY S. PAYNE
              UNITED STATES MAGISTRATE JUDGE